DAYLE ELIESON
United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH MATTHEW NUQUI,<br><br>Defendant. | Case No. 2:17-cr-00399-RFB-CWH<br><br>**SECOND STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION TO SUPPRESS**<br>[ECF 21] |

It is hereby stipulated and agreed, by and between Dayle Elieson, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Erin M. Gettel, Assistant Federal Public Defender, counsel for defendant Jeremiah Matthew Nuqui, that (1) the Government's deadline to respond to the defendant's Motion to Suppress, currently set for February 7, 2018, be extended to February 9, 2018; (2) the defendant's deadline to file any reply, currently set for February 14, 2018, be extended to February 16, 2018.

This stipulation is entered into for the following reasons:

1. The parties request an extension of the briefing schedule because counsel for the Government was out of the jurisdiction for training the week of

1

January 29, 2018, and requires additional time to address the multiple issues raised by the Motion.

2. The additional time requested is not sought for purposes of delay, but to allow the Government time to adequately respond to the defendant's Motion to Suppress.

3. This is the second request for an extension of time regarding the briefing schedule on defendant's Motion to Suppress.

4. Denial of this request for an extension could result in a miscarriage of justice.

Dated this the 7th day of February, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ *Erin M. Gettel*　　　　　　　　　　　/s/ *Richard Anthony Lopez*
ERIN M. GETTEL　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
Assistant Federal Public Defender　　　Assistant United States Attorneys
Counsel for Defendant
Jeremiah Matthew Nuqui

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEREMIAH MATTHEW NUQUI,

Defendant.

Case No. 2:17-cr-00399-RFB-CWH

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties request an extension of the briefing schedule because counsel for the Government was out of the jurisdiction for training the week of January 29, 2018, and requires additional time to address the multiple issues raised by the Motion.

2. The additional time requested is not sought for purposes of delay, but to allow the Government time to adequately respond to the defendant's Motion to Suppress.

3. This is the second request for an extension of time regarding the briefing schedule on defendant's Motion to Suppress.

4. Denial of this request for an extension could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

5. For all of the above-stated reasons, there exists good cause for, and the ends of justice would be served best by, a continuance of the briefing deadlines.

## ORDER

IT IS HEREBY ORDERED that the deadline for the Government's response to the defendant's Motion to Suppress by extended to February 9, 2018; and

IT IS FURTHER ORDERED that the deadline for any reply by the defendant be extended to February 16, 2018.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED this 8th day of February, 2018.

# CERTIFICATE OF SERVICE

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above SECOND STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION TO SUPPRESS on Counsel of Record via Electronic Case Filing (ECF).

Dated: February 7, 2018

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney